Continuation
Declarations



# PERSONAL LIABILITY UMBRELLA OF SECURITY POLICY

**Named Insured**

DAVID ROSE AND NANCY BLOCK
1845 RICHMOND LN
LONG GROVE IL 60047-5147

**Your Agency's Name and Address**

KNOXVILLE BUSINESS CENTER
P O BOX 59059
KNOXVILLE   TN  37950-9059

| | |
|---|---|
| Your Policy Number: 932615346 311 7 | For Policy Service Call: 1-800-842-5075 |
| Your Account Number: 932615346 | For Claim Service Call: 1-800-CLAIM33 |

Policy Period    From: 06-10-11 To: 06-10-12   12:01 A.M. Standard Time

Total Premium                                                                    $   542.00

| Coverage | Limit of Liability | Premium |
|---|---|---|
| Personal Liability Umbrella | $1,000,000 Per Occurrence | $   542.00 |

## PRIMARY INSURANCE

You agree that insurance providing coverage for the following types of Liability: (1) is in force and will be maintained in force as collectible insurance with limits at least as great as the deductible amounts shown below; (2) insures all automobiles and recreational vehicles owned, or leased by or regularly furnished to the insured; (3) insures all premises owned, leased by or leased to the insured; and (4) insures all watercraft owned, leased by or leased to the insured.

| Primary Insurance | Deductible Amounts |
|---|---|
| (a) Comprehensive Personal Liability or Homeowners Liability Coverage | $300,000 Per Occurrence |
| (b) Automobile Liability | $500,000 Per Occurrence. However, if the "insured" has in force at the time of loss "primary insurance" with "auto" liability limits of $500,000 per person/$500,000 per occurrence "bodily injury" and $100,000 "property damage" liability, then the deductible amount applicable to "auto" liability shall be such limits. |
| (c) Owned Recreational Vehicles Liability   If not covered under (a) above | $300,000 Per Occurrence. However, if the "insured" has in force at the time of loss "primary insurance" with "recreational vehicle" liability limits of $250,000 per person/$500,000 per occurrence "bodily injury" and $50,000 "property damage" liability, then the deductible amount applicable to "recreational vehicle" liability shall be such limits. |
| (d) Watercraft Liability   If not covered under (a) above | $300,000 Per Occurrence |
| (e) Business Pursuits | $300,000 Per Occurrence |
| (f) Business Property | $300,000 Per Occurrence |
| (g) Loss Assessment | $25,000 Per Occurrence |

Continued on next page
PL-10005 2-11   010/0M2452

Insured Copy
000122/00015 F3115AHU 7338 04/05/11

# PERSONAL LIABILITY UMBRELLA OF SECURITY POLICY

## Rating Information

| | No. | Premiums |
|---|---|---|
| Basic Premium - Includes One Auto and Primary Residence | | $ 292.00 |
| Additional Autos | 03 | $ 90.00 |
| Youthful Operator | 02 | $ 130.00 |
| Miscellaneous Exposures (* see below) | | $ 30.00 |
| Travelers Companion Policy Credit(s) | | |
| High Risk Exposure | | |
| Subtotal Premium for $1,000,000 Limit | | $ 542.00 |
| Increased Limit Factor | | |
| Subtotal Premium | | $ 542.00 |
| | | |
| Total Premium | | $ 542.00 |

* Miscellaneous Exposures Included:

| Additional Residences | N | Rental Units | Y | Pools | N |
|---|---|---|---|---|---|
| Recreational Vehicles | N | Business Pursuits | N | Farming | N |
| Watercraft | N | Incidental Occupancy | N | | |

## Policy Forms and Endorsements

PLUS P1     (03-99)     Personal Liability Umbrella of Security Policy
PLUS 01 IL  (01-04)     Special Provisions - Illinois

Your Insurer:  The Travelers Indemnity Company of America
               One of The Travelers Property Casualty Companies
               One Tower Square, Hartford, CT 06183

## For Your Information

For information about how Travelers compensates independent agents and brokers, please visit www.Travelers.com or call our toll free telephone number 1-866-904-8348. You may also request a written copy from Marketing at One Tower Square, 2GSA, Hartford, Connecticut 06183.

Continuation
Declarations



## PERSONAL LIABILITY UMBRELLA OF SECURITY POLICY

Named Insured: DAVID ROSE AND NANCY BLOCK
Policy Number: 932615346 311 7
Policy Period: 06-10-11 To: 06-10-12
Effective Date: 06-10-11

### For Your Information (continued)

Thank you for insuring with Travelers. We appreciate your business. If you have any questions about your insurance, please contact your agent or representative.

These declarations with policy provisions PLUS P1 (03-99) and any attached endorsements form your Personal Liability Umbrella Policy. Please keep with your policy for future reference.

# A Simplified Look At Your Personal Liability Insurance Policy

from



**TRAVELERS**

If you have questions about your policy, please contact us at the telephone number listed below.

**1-800-842-3675**

PL-7879  12-01

## *Delivering on the Promise*

When you buy insurance, you are buying promises --- a promise to pay your claims quickly and fairly, a promise to provide you with insurance coverages that fit your needs.

Since 1864, Travelers has staked its reputation on an absolute commitment to honor our promises. As one of the largest insurance companies in the country with over $50 billion in assets, Travelers has the financial strength to stand behind our promises and provide customer service that is second to none.

This commitment to our customers is shared by all the insurance professionals who represent Travelers. Each of our agents and company representatives meets the highest professional standards of insurance expertise and customer service. You can depend on them for peace of mind. You can depend on them to deliver on the promise.

## *Making a Change to Your Policy*

It is important that you keep your policy current. This means we need to know when your liability exposures have changed. For example, when you purchase or sell an automobile, a home or a watercraft, and when you add youthful operators to your automobile insurance policy. We also need to know when you make significant changes to the liability limits on your automobile or homeowners policies. A telephone call to your Travelers agent or insurance representative is typically all it takes to make the change.

If you are interested in purchasing additional insurance products, such as boat insurance, or insurance for an additional home, please call your agent or insurance representative. They will be glad to assist you.

## Paying Your Premium

Most customers receive a bill from Travelers about a month before their premium is due. You may pay this bill by check or money order. It is important that we receive your payment by the due date shown on the bill. Your due date is the same day each month.

Our bills are designed to make it easy for customers to choose a payment plan that fits their budget. Each bill states the amount of the premium due for the remaining policy period and the minimum amount needed to be paid prior to the due date on the bill. In most states you have the option of paying the entire balance, the "minimum due", or any amount in between.

If you do not pay the total premium at the beginning of the policy period, there will be an installment fee for each payment you make. This fee will be the same regardless of the amount of the policy's premium.

If you do not pay by the due date shown on the bill, we may issue you a nonpayment cancellation notice. We may also require that you pay the total account balance to keep your policy in force and not allow you to pay installments in the future.

## Paying Your Claim

Our professional claims representatives are dedicated to handling your claim promptly and fairly. They are full-time employees of Travelers, and they are experts.

If you do have a claim, please report it to us immediately. The telephone number for reporting claims is listed on the enclosed Policy Declarations. The sooner we hear from you, the sooner we can begin working on your behalf.

If you think that any of the parties involved in a claim are falsifying services they performed or injuries they sustained, Travelers wants to know about it. We have a special toll-free FRAUD HOTLINE that you can call. The number is 1-800-6-FRAUD-0. Each year fraud adds billions to the cost of insurance countrywide. Help us fight fraud.



> **Thank you for taking time to read this guide. If you have not already done so, please read the enclosed policy booklet as well. Should you have any questions about this policy or other insurance matters, please contact your Travelers agent or company representative at 1-800-842-3675 .**

PL-7879 Rev. 12-01

Case: 1:13-cv-05569 Document #: 21-2 Filed: 09/10/13 Page 7 of 20 PageID #:181

COVL1l93



# A Personal Lines Liability Booklet
# from Travelers

Especially for:
**DAVID ROSE AND NANCY BLOCK**



## The Contents of This Booklet

1. **Your Declarations:**

    A summary of your coverages, amounts of insurance, and premiums for those coverages under the policy.

2. **Personal Lines Umbrella of Security Policy(PLUS):**

    The policy contract describing coverages, rights, and obligations.

3. **Endorsements:**

    Additional coverages or policy provisions applicable to your policy.

4. **Important Notices:**

    Information required by your state but not part of your policy provisions.

# YOUR PLUS POLICY QUICK REFERENCE

| DECLARATIONS PAGE<br>    Your Name<br>    Your Address<br>    Policy Period<br>    Limit of Liability<br>    Deductible Amounts<br>    Rating Information | |
|---|---|
| | Beginning On Page |
| **INSURING AGREEMENT** | 1 |
| **DEFINITIONS** | 1 |
| **DEFENSE AND ADDITIONAL COVERAGES** | 2 |
| **DEDUCTIBLE AMOUNTS** | 3 |
| **EXCLUSIONS** | 3 |
| **CONDITIONS** | 6 |

PLUS P1 (03-99)

PLUS P1 (03-99)

## PERSONAL LIABILITY UMBRELLA OF SECURITY POLICY

**INSURING AGREEMENT**

In return for payment of premiums when due, and subject to the terms of this policy, we will pay damages for which an "insured" becomes legally liable due to "bodily injury", "property damage", or "personal injury" caused by an "occurrence". This coverage applies only to damages in excess of the "retained limit".

**LIMIT OF LIABILITY**

The most we will pay for all damages for any one "occurrence" is the limit of liability shown on the "Declarations" regardless of the number of "insureds", claims made, persons injured, vehicles involved, or exposures or premiums shown on the "Declarations".

**DEFINITIONS**

In this policy "you" and "your" mean the Named Insured shown in the "Declarations", and the spouse if a resident of the same household. "We", "us" and "our" mean the company providing this insurance. In addition, certain other words and phrases, when printed in quotation marks, have specific meanings when used in this policy. These are defined as follows:

1. **"Asbestos"** means asbestos in any form, whether in combination with, an ingredient of, or as a contaminant of, any other substance or material.

2. **"Auto"** means:
   a. Any kind of private passenger motor vehicle including, but not limited to, an automobile, pickup, van, or mini-van;
   b. A self-propelled motor home; or
   c. A trailer while towed by a vehicle described in a. or b. above.
   
   However, it does not include a "recreational vehicle".

3. **"Bodily injury"** means bodily harm, sickness or disease. It includes required care, loss of services, death and mental anguish that results.

4. **"Business"** includes trade, profession or occupation.

5. **"Declarations"** means the Declarations for this Personal Liability Umbrella of Security Policy.

6. **"Family member"** means a person who is a resident of your household who:
   a. Is related to you by blood, marriage or adoption; or
   b. Is a ward or foster child; or
   c. Any other person under 21 years old who is in the care of any person named above.

7. a. **"Insured"** means:
   1) You;
   2) A "family member"; but, if such "family member" is legally responsible for an "occurrence" covered under this policy, only if such "family member" is also insured for such "occurrence" under one or more "primary insurance" policies for not less than the applicable deductible amount shown in the "Declarations";
   3) Any person using, with your permission, an "auto", watercraft or "recreational vehicle", which you own or lease or which is furnished or available for your regular use;
   4) Any person or organization legally responsible for animals owned by you or a "family member"; or
   5) Any other person or organization but only with respect to the legal responsibility for acts or omissions of you or any "family member" while you or any "family member" is using an "auto", "recreational vehicle" or watercraft covered under this policy. However, the owner or lessor of an "auto", "recreational vehicle" or watercraft loaned to or hired for use by an "insured" or on an "insured's" behalf, is not an "insured".

7. b. **"Insured"** does not mean:
   1) Any person, other than you or a "family member", who owns an "auto", watercraft or "recreational vehicle" which is leased to or furnished or available for your regular use;
   2) Any person while employed or otherwise engaged in the "business" or occupation of:
      a) Parking;
      b) Repairing;
      c) Selling;
      d) Servicing; or
      e) Storing;
      "autos", watercraft or "recreational vehicles", including the testing or delivery of these vehicles; or
   3) Any person or organization using or having custody of animals, owned by you or a "family member", in the course of any

PLUS P1 (03-99)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 8

"business", or without the owner's permission.

8. **"Lead"** means lead in any form, whether in combination with, an ingredient of, or as a contaminant of, any other substance or material.

9. **"Occurrence"** means:
   a. An accident, including continuous or repeated exposure to substantially the same general conditions, that results in "bodily injury" or "property damage" during the policy period.
   b. An offense, including a series of related offenses, committed during the policy period, that results in "personal injury".
   c. For Loss Assessment coverage, "occurrence" also means:
      1) Direct loss to property owned by all members of the corporation or association collectively, but only if the loss is caused by a peril insured against under a "primary insurance" policy and the loss is covered by a property insurance policy issued to the corporation or association;
      2) "Bodily injury" or "property damage" liability not excluded by this policy; or
      3) An act of a director, officer or trustee of a corporation or association of property owners, acting as a director, officer or trustee, which results in "bodily injury", "property damage", or "personal injury" for which the corporation or association becomes legally responsible, provided the director, officer or trustee:
         a) Is elected by the members of a corporation or association of property owners; and
         b) Serves without deriving any income from the exercise of duties which are solely on behalf of a corporation or association of property owners.

10. **"Personal injury"** means injury caused by any of the following offenses committed during the policy period:
    a. False arrest, detention or imprisonment, or malicious prosecution;
    b. Libel, slander or defamation of character; or
    c. Invasion of privacy, wrongful eviction or wrongful entry.

11. **"Pollutants"** means one or more solid, liquid, gaseous or thermal irritants or contaminants including smoke, vapor, soot, fumes, acids, alkalis,

chemicals and waste. Waste includes material to be recycled, reconditioned or reclaimed.

12. **"Primary insurance"** means insurance for the types of liability shown in the "Declarations" that applies to a loss before this policy responds. It includes renewal and replacement policies.

13. **"Property damage"** means physical injury to, destruction of, or loss of use of, tangible property.

14. **"Recreational vehicle"** means any:
    a. Motorized golf cart when used to play golf on a course; or
    b. Snowmobile.

15. **"Retained limit"** means the greater of:
    a. The total limits of any other insurance that applies to the "occurrence" which is available to an "insured"; or
    b. The applicable deductible amount shown in the "Declarations".

16. **"Residence premises"** means:
    a. The one to four family dwelling, other structures, and grounds where you reside in at least one of the family units; or
    b. That part of any other building where you reside. It does not include common grounds.

## DEFENSE AND ADDITIONAL COVERAGES

### A. Defense

1. We will defend an "insured" if sued as a result of an "occurrence" covered by this policy even if the suit is groundless, false, or fraudulent.
2. We have the right to join in the defense of any suit likely to involve us.
3. We will not be obligated to defend any suit:
   a. If the "occurrence" is covered by any other insurance available to the "insured";
   b. If there is no applicable "primary insurance" in effect at the time of the "occurrence" and the amount of damages claimed or incurred is not more than the applicable deductible amount shown on the "Declarations"; or
   c. After our limit of liability has been exhausted by the payment of judgments or settlements.
4. We may investigate and settle any claim or suit as we see fit.

PLUS P1 (03-99)

B. **Additional Coverages**
   1. **Defense costs**. We will pay for the following in addition to our limit of liability:
      a. All costs and expenses we incur to defend a claim or lawsuit against an "insured".
      b. Premiums on bonds required in a suit we defend, but only for that portion of the bond not exceeding our limit of liability. We have no duty to apply for or furnish these bonds.
      c. Interest which accrues after judgment in a lawsuit and before we pay, offer, or deposit in court that part of the judgment which does not exceed our limit of liability.
      d. Reasonable expenses incurred by an "insured" at our request.

         This includes actual loss of wages up to $250 a day due to attendance at hearings or trials at our request.
      e. In some countries, we may be prevented from defending an "insured" because of laws or other reasons. In that event, we will pay any expenses incurred with our written consent for the "insured's" defense.

   2. **Loss Assessment**. We will pay, up to $25,000 in excess of the "retained limit", your share of any loss assessment charged during the policy period against you by a corporation or association of property owners. This only applies when the assessment is made as a result of an "occurrence" covered by this policy.

      This coverage applies only to loss assessment charged against you as owner or tenant of the "residence premises".

      We do not cover loss assessments imposed as a direct or indirect result of any assessment by any government body against you or a corporation or association of property owners.

      Regardless of the number of assessments, the limit of $25,000 is the most we will pay for loss arising out of:
      a. One accident, including continuous or repeated exposure to substantially the same general harmful conditions; or
      b. A covered act of a director, officer or trustee. An act involving more than one director, officer or trustee is considered to be a single act.

**DEDUCTIBLE AMOUNTS**

Deductible amounts are shown on the "Declarations" for each type of liability. It is important that "primary insurance" with limits equal to at least these deductible amounts be maintained to avoid a serious gap in coverage.

A deductible of $1,000, however, will apply to each "occurrence" which:

1. Is covered by this policy; and
2. Arises out of a vehicle, property, or other exposure insured by "primary insurance" with limits at least equal to the applicable deductible amount shown on the "Declarations"; and
3. Is not covered under the provisions of the policies referred to in **2.** above.

This provision does not apply to Loss Assessment.

**EXCLUSIONS**

This insurance does not apply:

1. To "bodily injury" or "property damage" arising out of an act which is expected or intended by an "insured" to cause "bodily injury" or "property damage". This exclusion applies even if the "bodily injury" or "property damage":
   a. Is of a different kind, quality or degree than expected or intended; or
   b. Is sustained by a different person or entity than expected or intended.

   However, this exclusion does not apply to:
   a. "Bodily injury" resulting from the use of reasonable force by an "insured" to protect persons or property; or
   b. "Bodily injury" or "property damage" resulting from the use of reasonable force by an "insured" to prevent or eliminate danger in the operation of an "auto", "recreational vehicle" or watercraft.

2. To "bodily injury", "property damage", or "personal injury" arising out of "business" pursuits or "business" property of any "insured".

   This exclusion does not apply to:
   a. Part-time jobs of "family members" who are minors or students under 21 years of age.
   b. Civic activities, other than professional services, performed by an "insured" without pay.
   c. The incidental use of your "auto", watercraft or "recreational vehicle" by:
      1) Any "insured"; or



PLUS P1 (03-99)

Page 3 of 8

    2) Any partner, agent or employee of any "insured";

in the "business" of sales, repair, service, storage, parking or transporting of such vehicles.

However, we do not cover vehicles owned by an "insured" primarily for use in such "business".

  d. The use of "autos" by an "insured" for "business" purposes not described in **2.c.2)** above. However, we do not cover the carrying of persons or property for a fee, other than share-the-expense car pool arrangements.

  e. The regular rental or holding for rental of any one to four family dwelling or condominium unit of yours for the exclusive use as a residence.

  f. The rental or holding for rental of any "residence premises":

    1) On an occasional basis if used only as a residence;

    2) In part for use only as a residence, unless a single family unit is intended for use by the occupying family to lodge more than two roomers or boarders; or

    3) In part, as an office, school, studio or private garage.

  g. The providing of home day care services, but only when:

    1) An "insured" provides such service for a relative of an "insured"; or

    2) A mutual exchange of services arrangement exists involving no monetary compensation.

  h. Incidental farming by any "insured" on the "residence premises".

3. To "bodily injury", "property damage", or "personal injury" arising out of the rendering of or failure to render any professional service.

4. To "bodily injury", "property damage", or "personal injury" arising out of an "insured's" act, error or omission as a member of a corporation's board of directors or as an officer of a corporation. This exclusion does not apply if the corporation:

  a. Is a not for profit corporation;

  b. Does not involve an "insured's" "business"; and

  c. Such "insured" serves without pay.

5. To damages an "insured" or any company providing "primary insurance" may have to pay under any of the following laws:

  a. Worker's Compensation;

  b. Unemployment Compensation;

  c. Disability benefits; or

  d. Any other similar law.

6. To "bodily injury", "property damage", or "personal injury" arising out of:

  a. The ownership, maintenance, use, operation, loading or unloading of an aircraft by an "insured;

  b. The entrustment by an "insured" of an aircraft to any person;

  c. Vicarious liability, whether or not statutorily imposed, for the actions of a child or minor using an aircraft; or

  d. The failure to supervise, or the negligent supervision, of any person, by an "insured", in connection with the maintenance, use, operation, loading or unloading of an aircraft.

An aircraft means any contrivance used or designed for flight, except model or hobby aircraft not used or designed to carry people or cargo.

7. To "bodily injury", "property damage", or "personal injury" arising out of:

  a. The ownership, maintenance, use, operation, loading or unloading of an excluded watercraft described below, by an "insured";

  b. The entrustment by an "insured" of an excluded watercraft described below to any person;

  c. Vicarious liability, whether or not statutorily imposed, for the actions of a child or minor using an excluded watercraft described below; or

  d. The failure to supervise, or the negligent supervision, of any person, by an "insured", in connection with the maintenance, use, operation, loading or unloading of an excluded watercraft described below.

An excluded watercraft is any personal watercraft (such as a jet ski), airboat, air cushion vehicle, hover-craft, hydrofoil or similar type watercraft which is owned by, leased to, furnished or available for the regular use of you or a "family member".

8. To "bodily injury", "property damage", or "personal injury" arising out of:

  a. The ownership, maintenance, use, operation, loading or unloading of an excluded conveyance described below, by an "insured";

PLUS P1 (03-99)

b. The entrustment by an "insured" of an excluded conveyance described below to any person;

c. Vicarious liability, whether or not statutorily imposed, for the actions of a child or minor using an excluded conveyance described below; or

d. The failure to supervise, or the negligent supervision, of any person, by an "insured", in connection with the maintenance, use, operation, loading or unloading of an excluded conveyance described below.

An excluded conveyance is any motorized land conveyance having fewer than four wheels, which is owned by, leased to, furnished or available for the regular use of you or a "family member".

This exclusion does not apply to any:

a. "Recreational vehicle"; or

b. Vehicle or conveyance not subject to motor vehicle registration which is:

1) Used to service an "insured's" residence; or

2) Designed for assisting the handicapped.

9. To "bodily injury", "property damage", or "personal injury" arising out of:

a. The ownership, maintenance, use, operation, loading or unloading of an excluded conveyance described below, by an "insured";

b. The entrustment by an "insured" of an excluded conveyance described below to any person;

c. Vicarious liability, whether or not statutorily imposed, for the actions of a child or minor using an excluded conveyance described below; or

d. The failure to supervise, or the negligent supervision, of any person, by an "insured", in connection with the maintenance, use, operation, loading or unloading of an excluded conveyance described below.

An excluded conveyance is any dune buggy, swamp buggy, amphibious motor vehicle or all-terrain vehicle, and any other similar land or amphibious motor vehicle which is owned by, leased to, furnished or available for the regular use of you or a "family member".

10. To "bodily injury", "property damage", or "personal injury" arising out of the ownership, maintenance, use, operation, loading, or unloading of any "auto", watercraft, or "recreational vehicle" while such vehicle is practicing for, or participating in, any:

a. Prearranged or organized race;

b. Speed or demolition contest; or

c. Stunting activity.

However, this exclusion does not apply to a sailboat.

11. To "bodily injury", "property damage", or "personal injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

a. At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to any "insured"; or

b. Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any "insured" or any person or organization for whom you may be legally responsible.

Subparagraph a. does not apply to "property damage" arising out of heat, smoke or fumes from a hostile fire. As used in this exclusion, a hostile fire is one which becomes uncontrollable or breaks out from where it was intended to be.

12. To "bodily injury" arising out of the actual, alleged or threatened absorption, adsorption, ingestion or inhalation by any person of "lead" or "asbestos" at or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to any "insured".

13. To any loss, cost or expense arising out of any:

a. Request, demand or order issued or made pursuant to any environmental protection or environmental liability statutes or regulations that you or any other "insured" test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

b. Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing or in any way responding to or assessing the effects of "pollutants".

14. To "bodily injury" or "personal injury" to any person who is related by blood, marriage, or adoption to an "insured" and who is a resident of the household of that person; or "bodily injury" or "personal injury" to you.



PLUS P1 (03-99)

Page 5 of 8

15. To any claim for Uninsured or Underinsured Motorists coverage(s) or No-fault benefits unless this policy is endorsed to provide such coverage.

16. To "bodily injury" or "personal injury" arising out of the transmission of a communicable disease by any "insured".

17. To "bodily injury" or "personal injury" arising out of sexual molestation, corporal punishment, or physical or mental abuse.

18. To "bodily injury" or "property damage" arising out of the use, sale, manufacture, delivery, transfer or possession by any person of a Controlled Substance(s) as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. Controlled Substances include but are not limited to cocaine, LSD, marijuana and all narcotic drugs. However, this exclusion does not apply to the legitimate use of prescription drugs by a person following the orders of a licensed physician.

19. To "property damage" to:
    a. Property owned by any "insured".
    b. Watercraft under the care, custody, or control of an "insured".
    c. Property rented to, occupied or used by, or in the care of an "insured" to the extent the "insured" is under contract to provide insurance for such damage. However, this exclusion does not apply to liability imposed on the "insured" by common law or statute.

20. To "personal injury" due to:
    a. Violation of a penal statute or ordinance by or with the knowledge of an "insured";
    b. Advertising, broadcasting, or telecasting activities by an "insured"; or
    c. Libel, slander, defamation, or violation of privacy:
        1) If the same first injurious publication or utterance occurred prior to the effective date of this insurance; or
        2) If the offense committed is about any organization or business, its products, or services, made with the knowledge of the falsity and by or at the direction of an "insured".

21. To amounts assessed against you by a corporation or association of property owners except as provided under Additional Coverages - Loss Assessment.

22. To "bodily injury", "property damage", or "personal injury" for which the "insured" is also covered under a nuclear energy liability policy, even if the limits of liability for that policy have been exhausted.

23. To "bodily injury" or "property damage" caused directly or indirectly by war, including undeclared war, civil war, insurrection, rebellion, revolution, warlike act by a military force or military personnel, destruction or seizure or use for a military purpose, and including any consequence of any of these. Discharge of a nuclear weapon shall be deemed a warlike act even if accidental.

24. To "bodily injury", "property damage", or "personal injury" arising out of:
    a. Ownership;
    b. Maintenance; or
    c. Use (including loading or unloading);
    of any "auto" by an "insured" outside of the United States of America, it's territories or possessions, Puerto Rico or Canada.

    This exclusion does not apply to the incidental use of an "auto" by you or a "family member", provided the "auto" is not furnished or available for your or a "family member's" regular use and there is "primary insurance" in force that applies to the "auto" at the time of the "occurrence".

25. To "bodily injury", "property damage", or "personal injury" arising from:
    a. Ownership;
    b. Maintenance; or
    c. Use;
    of any "residence premises" owned or leased by an "insured" outside of the United States of America, it's territories or possessions, Puerto Rico or Canada.

26. To "bodily injury", "property damage", or "personal injury" for which you or your "primary insurance" provider, or both, have been released from legal liability in full or in part.

27. To a person using an "auto", recreational vehicle" or watercraft without a reasonable belief that that person is entitled to do so.

### CONDITIONS

1. **Reporting Changes to Us.** Changes may occur to the information you gave us on your application for this coverage or to your "primary insurance" during the policy period. If so, you must inform us before the policy period expires of changes in:
    a. Limits of liability of your "primary insurance"; or

b. Types of "primary insurance".

You do not have to report renewals of your "primary insurance" if they have not been revised. Also, you do not have to report replacements of one "auto" with another "auto".

If you purchase initial or additional "autos", "recreational vehicles", watercraft or "residence premises", we will provide coverage for them until the end of the policy period. However, you must report those changes to us before the policy's expiration and pay any additional premium required.

2. **Duties After Loss**. In case of an "occurrence" which may involve this policy, an "insured" seeking coverage must perform the following duties that apply. You must help us by seeing that these are performed:

   a. Give written notice to us or our agent as soon as is practical, which sets forth:

      1) The identity of the policy and "insured";
      2) Reasonably available information on the time, place and circumstances of the "occurrence"; and
      3) Names and addresses of any claimants and witnesses.

   b. Promptly forward to us every notice, demand, summons or other process relating to the "occurrence".

   c. At our request, help us:

      1) To make settlement;
      2) To enforce any right of contribution or indemnity against any person or organization who may be liable to an "insured";
      3) With the conduct of suits and attend hearings and trials; and
      4) To secure and give evidence and obtain the attendance of witnesses.

   d. The "insured" will not, except at the "insured's" own cost, voluntarily make payment, assume obligation or incur expense.

3. **Legal Action Against Us**. No legal action may be brought against us until:

   a. There has been full compliance with all of the terms of the applicable "primary insurance" policies and this policy; and
   b. We agree in writing that the "insured" has a legal obligation to pay; or
   c. That legal obligation has been finally determined by judgment after a trial.

No person or organization has any right under this policy to bring us into any action to determine the liability of an "insured".

4. **Severability Of Insurance**. This coverage applies separately to each "insured". This condition will not increase our limit of liability for any one "occurrence".

5. **Bankruptcy**. Bankruptcy or insolvency of an "insured" will neither:

   a. Relieve us of our obligations under this policy; nor
   b. Operate to cause this policy to become primary in the event the "insured" is unable to satisfy the applicable deductible amount shown in the "Declarations" either because of insufficient "primary insurance" or personal assets.

6. **Policy Territory**. This insurance applies anywhere in the world.

7. **Subrogation**. If we pay a loss, we can exercise the rights of an "insured" against any other person liable for the "occurrence". Any recovery will be applied in this order:

   a. To any person who has paid for liability exceeding the limits of our liability;
   b. To us for the amount we have paid;
   c. To any other entitled party.

   Reasonable expenses of the recovery will be distributed in proportion to the share of each party's recovery.

8. **Other Insurance**. The coverage afforded by this policy is excess over any other insurance available to an "insured", except insurance written specifically as an excess insurance policy. If any other specifically written excess insurance policy applies, we will contribute on a pro rata basis.

9. **Appeals**. If the "insured" or any other insurer elects not to appeal a judgment which exceeds the "retained limit", we may do so. We will pay the cost and interest incurred in such appeal.

10. **Assignment**. Assignment of this policy will not be valid unless we give our written consent.

11. **Death**. If you die, this policy will cover your estate's legal representative until the end of the policy period but only with respect to the premises and property of the deceased covered under the policy at the time of death.

12. **Liberalization Clause**. If we make a change which broadens coverage under this edition of our policy without additional premium charge, that

change will automatically apply to your insurance as of the date we implement the change in your state, provided that this implementation date falls within 60 days prior to or during the policy period stated in the "Declarations".

This Liberalization Clause does not apply to changes implemented through introduction of a subsequent edition of our policy.

13. **Waiver or Change of Policy Provisions**. A waiver or change of a provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination will not waive any of our rights.

14. **Policy Period**. This policy applies only to "bodily injury", "property damage", or "personal injury" which occurs during the policy period shown on the "Declarations". You may continue this policy, subject to our consent, for successive periods by paying required premiums when due.

15. **Concealment or Fraud**. The entire policy will be void if, whether before or after a loss, an "insured" has:
    a. Intentionally concealed or misrepresented any material fact or circumstance;
    b. Engaged in fraudulent conduct; or
    c. Made false statements;
    
    relating to this insurance.

16. **Cancellation**.
    a. The named insured shown in the "Declarations" may cancel this policy at any time by returning it to us or by letting us know in writing of the date cancellation is to take effect.
    b. We may cancel this policy by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the "Declarations". Proof of mailing will be sufficient proof of notice.
        1) When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.
        2) When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 10 days before the date cancellation takes effect.
        3) When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel for any reason by letting you know at least 30 days before the date cancellation takes effect.
    c. When this policy is canceled, the premium for the period from the date of cancellation to the expiration date will be refunded. When you request cancellation in the first policy year, the return premium will be based on our short-rate table. Otherwise, the return premium will be pro rata.
    d. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

17. **Nonrenewal**. We may elect not to renew this policy. We may do so by delivering to you, or mailing to you at your mailing address shown in the "Declarations", written notice at least 30 days before the expiration of this policy. Proof of mailing will be sufficient proof of notice.

This policy is signed for the company which is the insurer under this policy.

Bruce A. Backberg
Senior Vice President and
Corporate Secretary

Joseph Lacher
Chief Executive Officer
Personal Lines

**IN WITNESS WHEREOF**, the Company has executed and attested these presents.

PLUS 01 IL (01-04)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## SPECIAL PROVISIONS – ILLINOIS

### DEFINITIONS

8. "**Lead**" is deleted and replaced by the following:

8. "**Lead**" means lead, lead pigment, lead compounds or lead in any form which is or was contained in or incorporated into any material or substance.

11. "**Pollutants**" is deleted and replaced by the following:

11. "**Pollutants**" means any liquid fuel, lubricating oil, pesticide or herbicide.

The following definition is added:

- "**Fungi**" means:

   a. Any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by "fungi".

   b. It does not include any "fungi" that are, are on, or are contained in, products or goods intended for consumption.

### EXCLUSIONS

Exclusion **11.** Is deleted and replaced by the following:

11. To "bodily injury", "property damage" or "personal injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

   a. At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to any "insured"; or

   b. Which are or were at any time transported, handled, stored, treated, disposed of, or processed as wasted by or for any "insured" or any person or organization for whom you may be legally responsible.

   Subparagraphs **a.** and **b.** do not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire. As used in this exclusion, a hostile fire is one which becomes uncontrollable or breaks out from where it was intended to be.

Exclusion **12.** Is deleted and replaced by the following:

12. To "bodily injury", "property damage" or "personal injury" or any loss, cost, payment or expense, including, but not limited to, defense and investigation, of any kind arising out of, resulting from, caused by or contributed to by the actual or alleged presence or actual, alleged or threatened dispersal, release, ingestion, inhalation or absorption of "lead" or "asbestos". This exclusion applies, but is not limited to:

   a. Any supervision, instructions, recommendations, warnings or advice given in connection with the above;

   b. Any obligation to share damages, losses, costs, payments or expenses with or repay someone else who must make payment because of such "bodily injury", "property damage", "personal injury", damages, loss, cost, payment or expense; or

   c. Any request, order or requirement to test for, monitor, abate, mitigate, remediate, contain, remove, dispose of, or in any way respond to or assess the effects of "lead" or "asbestos".

Exclusion **16.** Is deleted and replaced by the following:

16. To "bodily injury" or "personal injury" arising out of the transmission of disease by any "insured" through sexual contact.

Exclusion **17.** Is deleted and replaced by the following:

17. To an "insured" who inflicts, or directs another person to inflict, upon any person, sexual molestation, corporal punishment or physical or mental abuse which results in "bodily injury", "personal injury" or "property damage".

Exclusion **26.** is deleted.

Exclusion **28.** is added, as follows:

28. To "bodily injury", "property damage" or "personal injury" consisting of, arising out of, caused by, contributed to, aggravated by or resulting from, whether directly or indirectly, by "fungi", other microbes or rot. This includes:

   a. The cost of testing, monitoring, abating, mitigating, removing, remediating or disposing of "fungi", other microbes or rot;

   b. Any supervision, instruction, disclosures, or failures to disclose, recommendations, warnings, or advice given, or that allegedly should



PLUS 01 IL (01-04)

Page 1 of 2

PLUS 01 IL (01-04)

have been given, in connection with "bodily injury" or "property damage" consisting of, arising out of, caused by, contributed to, aggravated by or resulting from, whether directly or indirectly, by "fungi", other microbes or rot, or the activities described in **a.** above;

c. Any obligation to share with or repay another who must pay damages because of "bodily injury" or "property damage" damage of the type described in this exclusion. This applies regardless of any other cause that contributed directly or indirectly, concurrently or in any sequence to the "bodily injury" or "property damage"; and

d. Liability imposed upon any "insured" by any governmental authority for "bodily injury" or "property damage" consisting of, arising out of, caused by, contributed to, aggravated by or resulting from, whether directly or indirectly, by "fungi", other microbes or rot.

**CONDITIONS**

15. **Concealment or Fraud** is deleted and replaced by the following:

15. **Concealment or Fraud.** We do not provide coverage to an "insured" who, whether before or after a loss, has:

   a. Intentionally concealed or misrepresented any material fact or circumstance;

   b. Engaged in fraudulent conduct; or

   c. Made false statements;

relating to this insurance.

16. **Cancellation**

Paragraph **b.** is deleted and replaced by the following:

b. We may cancel this policy by letting you know in writing of the date cancellation takes effect. This cancellation notice will be mailed to you at your last mailing address known by us. Proof of mailing will be sufficient proof of notice.

   1) When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

   2) We may cancel for any other reason by letting you know at least 30 days before the date cancellation takes effect.

17. **Nonrenewal.** Is deleted and replaced by the following:

   17. **Nonrenewal.** We may elect not to renew this policy. We may do so by mailing to you at your last mailing address known by us, written notice at least 30 days before the expiration of this policy. Proof of mailing will be sufficient proof of notice.

All other provisions of this policy apply.



This is to certify that this is a reproduction, from the company's records, of the insurance policy between the insured and the insuring company as described on the Declarations Page. It is a full, true and complete reproduction of the insurance policy. No insurance is afforded hereunder.

Signature: *Ethel McFadden*

Date: 6.26.2013