CHICAGO OFFICE
205 WEST WACKER DRIVE
SUITE 1600
CHICAGO, ILLINOIS 60606
TELEPHONE (312) 332-2107
FAX (312) 332-4508

LAW OFFICE
SINSON & SINSON, LTD.

August 9, 2011

Mr. Dewayne Moore
Travelers Commercial Insurance Company
P.O. Box 3095
Naperville, IL 60566-7095
**VIA CERTIFIED MAIL**

Re: Roppo v. Rose & Block
**Your Claim No. 273 AB HHZ3101 A**

Dear Mr. Moore:

Pursuant to 215 ILCS 5/143.24(b), please disclose your insured's policy limits.

Please contact me with any questions.

SINSON & SINSON, LTD.

Kent D. Sinson

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Roppo

| | |
|---|---|
| Postage | $ .44 |
| Certified Fee | 2.85 |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.59 |

Postmark Here

Sent To: Dewayne Moore-Travelers
Street, Apt. No.; or PO Box No. POB 3095
City, State, ZIP+4 Naperville 60566

PS Form 3800, August 2006    See Reverse for Instructions

**EXHIBIT A**